MARIE B. LASSELLE *versus* THOMAS CALDWELL, ADMINIS-
TRATOR DE BONIS NON OF JAMES LASSELLE, DECEASED,
MARIANNE, WIFE OF SAID THOMAS, JULIE LASSELLE AND
JACQUES LASSELLE, CHILDREN AND HEIRS AT LAW OF SAID
JAMES, DECEASED

JOURNAL ENTRIES (1819–22): *Journal 2:* (1) Continued *p. 725. *Journal 3:*
(2) Dismissed *p. 294.
PAPERS IN FILE: [None]
*Office Docket,* MS p. 81, c. 18. (Case 15 of 1820)


IN THE MATTER OF JOHN MORROSSE

JOURNAL ENTRIES (1819): *Journal 2:* (1) Rule for writ and for recognizance
*p. 729.
PAPERS IN FILE: [None]


IN THE MATTER OF BENJAMIN CHITTENDEN

JOURNAL ENTRIES (1819): *Journal 2:* (1) Rule for writ *p. 736; (2) nolle
prosequi, new writ awarded *p. 737; (3) motion to quash writ overruled
*p. 744; (4) writ returned, body produced *p. 744; (5) motion for dis-
charge overruled, prisoner remanded *p. 744.
PAPERS IN FILE: [None]